United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2526 |
| | § | |
| MARIA DEL CARMEN ORTIZ a/k/a | § | |
| MARIA DELCARMEN ORTIZ, | § | |
| Individually, and d/b/a CLUB EL PARAISO #2 | § | |
| a/k/a EL PARAISO NITE CLUB, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 6).

The motion is granted. The initial pretrial and scheduling conference is reset to **January 27, 2017, at 9:30 a.m.** The joint discovery/case management plan is due by January 13, 2107.

SIGNED on November 7, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge